UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSLARITY, INC., <br>         Plaintiff, <br> v. <br> TEPS, et al., <br>         Defendants. | Case No. 4:20-cv-05347-KAW <br><br> ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on August 3, 2020. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that November 2, 2020 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

The Case Management Conference (CMC), originally scheduled for November 3, 2020, was continued to January 12, 2021, because Defendant had not been served 7 days prior to the original CMC date. (*See* Dkt. No. 9.) To date, no proof of service has been filed nor has Plaintiff filed a motion for administrative relief from the service deadline.

Additionally, Plaintiff's case management statement for the January 12, 2021 case management conference was due by January 5, 2021. Plaintiff did not timely file a statement or request to continue the case management conference, so the Court issued an order on January 6, 2021 acknowledging this deficiency, and ordering that a CMC statement or a request to continue be filed by today, January 7, 2021 at 12:00 PM. (Dkt. No. 10.) No documents were timely filed.

Accordingly, IT IS HEREBY ORDERED that, by no later than **January 29, 2021**, Plaintiff shall show cause why this matter should not be reassigned to a district judge with the recommendation that the case be dismissed for failure to comply with the deadline to complete

service on Defendant or to file a Motion for Administrative Relief. Plaintiff shall also either effect service or file the proof of service if service has already been completed.

Finally, the case management conference set for January 12, 2021 is continued to April 6, 2021 at 1:30 p.m. The joint case management statement is due on or before March 30, 2021.

IT IS SO ORDERED.

Dated: January 7, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2