UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSLARITY, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEPS, et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-05347-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 33 |

On April 19, 2022, the Clerk entered default against Defendants TEPS and ADTechnology Co. Ltd. (Dkt. No. 31.)  On June 9, 2022, the initial case management conference was vacated, and Plaintiff was ordered to file a motion for default judgment by August 1, 2022. (Dkt. No. 33.)  To date, Plaintiff has not filed a motion for default judgment.

Accordingly, on or before August 15, 2022, Plaintiff is ordered to file the motion for default judgment and show cause why this case should not be dismissed for failure to prosecute. The failure to timely file both documents may result in the reassignment of this case to a district judge with the recommendation that it be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: August 9, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge